The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES KEVIN MOHAN, | CASE NO. 3:21-cv-05848-JHC |
| Plaintiff, | STIPULATION TO DISMISS |
| v. | |
| CARLOS DEL TORO, United States Secretary of the Navy, | |
| Defendant. | |

The parties, by and through their undersigned counsel, stipulate that this matter is resolved, settlement has been perfected, and the matter should be dismissed with prejudice and without costs or fees to either party.

//

//

//

//

//

STIPULATION TO DISMISS
3:21-cv-05848-JHC- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED.

DATED: October 1, 2023          Longshot Law, Inc.

*s/ Chalmers Johnson*
CHALMERS JOHNSON, WSBA No. 40180
P.O. Box 1575
Port Orchard, WA 98366
Phone: 425-999-0900
Email: chalmersjohnson@gmail.com

DATED: October 1, 2023          TESSA M. GORMAN
Acting United States Attorney

*s/ James C. Strong*
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email : james.strong@usdoj.gov

STIPULATION TO DISMISS
3:21-cv-05848-JHC- 2

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Plaintiff's Complaint is DISMISSED with prejudice and without an award of costs or fees to either party.

DATED this 2nd day of October, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATION TO DISMISS
3:21-cv-05848-JHC- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970